## STATE OF CONNECTICUT *v.* JAMES R. WELCH, SR.
### (9130)

DALY, O'CONNELL and LAVERY, Js.

Remanded October 27, 1992—decision released April 20, 1993

*Mitchell S. Brody,* assistant state's attorney, with whom were *Roger Caridad,* deputy assistant state's attorney, and, on the brief, *Mark S. Solak,* state's attorney, for the appellant (state).

*Richard Emanuel,* assistant public defender, with whom, on the brief, was *G. Douglas Nash,* public defender, for the appellee (defendant).

PER CURIAM. Pursuant to the remand from the Supreme Court to this court in *State* v. *Welch,* 224 Conn. 1, 6, 615 A.2d 505 (1992), the remand from this court to the trial court in *State* v. *Welch,* 25 Conn. App. 270, 275, 594 A.2d 28 (1991), is corrected to read as follows:

The judgment is reversed and the case is remanded for a new trial on all counts.